IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN JAMES KARPINSKI, | : | NO. 3:25-cv-00018-MPK |
| Plaintiff | : | |
| | : | CIVIL ACTION – LAW |
| v. | : | |
| | : | Magistrate Judge Maureen P. Kelly |
| SOMERSET COUNTY JAIL; | : | |
| SOMERSET COUNTY; PRIMECARE | : | *Electronically Filed* |
| MEDICAL, INC.; BRIAN PELESKY; | : | |
| DAVID KRAUSE; JOHN DOE #1; and | : | |
| JOHN DOE #2, | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1. of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant PrimeCare Medical, Inc., in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By: _/s/ John R. Ninosky_
JOHN R. NINOSKY, ESQUIRE
PA Attorney ID No. 78000
200 Corporate Center Drive, Suite 300
Camp Hill, PA  17011
Telephone (717) 651-3709
Fax:  (717) 651-3707
jrninosky@mdwcg.com
*Attorney for PrimeCare Medical, Inc.*

Date:   January 21, 2025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of January, 2025, the foregoing *Corporate Disclosure Statement* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

> Maria N. Pipak, Esquire
> Marie Milie Jones, Esquire
> Luke A. Torrance, Esquire
> JonesPassodelis, PLLC
> Fifth Avenue Place
> 120 Fifth Avenue, Suite 26300
> Pittsburgh, PA 15222
> mpipak@jonespassodelis.com
> mjones@jonespassodelis.com
> ltorrance@jonespassodelis.com
> *Attorneys for Defendants Somerset County Jail, Somerset County, Brian Pelesky, and David Krause*

I hereby certify that a copy of the foregoing has been served on the following non-CM/ECF participant by depositing the same in the United States Mail, postage prepaid, in Camp Hill, Pennsylvania on January 21, 2025:

> Smart Communications/PADOC
> Steven James Karpinski (#MX8476)
> SCI Huntingdon
> P.O. Box 33028
> St. Petersburg, FL  33733
> *Pro Se Plaintiff*

> MARSHALL DENNEHEY, P.C.
>
> By: *John R. Ninosky*
> John R. Ninosky